**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| RELIANT LIFE SHARES, LLC | Case No. 1:24:bk:11695-MB |
| Debtor. | **STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR**<br><br>[No Hearing Required] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation for Order Granting Committee Standing to Pursue Avoidance Actions and Other Causes of Action Belonging to Debtor (the "Stipulation") is entered into by and between Reliant Life Shares, LLC (the "Debtor"), on the one hand, and The Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "Committee") (and together with the Debtor, the "Parties"), on the other hand.

## RECITALS

WHEREAS, on October 7, 2024, Debtor filed a voluntary petition under chapter 11

STIPULATION

10414274.1

of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California;

WHEREAS, on November 6, 2024, the United States Trustee appointed the Committee pursuant to the authority granted under section 1102 of the Bankruptcy Code;

WHEREAS, claims for relief and/or causes of action, including those under Sections 510, 547, 548, 549, 550 and 551 of the Bankruptcy Code, may exist against former principals and insiders of the Debtor, including without limitation Sean Michaels, Joel Kleinfeld, Scott Grady, SLG Trust, Daniel Cooper, and Richard Cooper as trustee of the 2010 Irrevocable Trust of BBC ("Insiders") (together, the "Committee Claims");

WHEREAS, the Committee has requested standing to investigate, prosecute and, if appropriate and necessary, settle the Committee Claims on behalf of the Debtor's estate;

WHEREAS, the Ninth Circuit has consistently affirmed committee authority to pursue claims on behalf of the estate—whether by stipulation or motion by the committee. *See In re Parmetex, Inc.,* 199 F.3d 1029 (9th Cir. 1999) (holding that trustee could stipulate to committee's authority to pursue claims on behalf of the estate); *see also In re Curry and Sorensen*, 57 B.R. 824, 828 (B.A.P. 9th Cir. 1986) ("[t]he exclusive power to commence avoidance actions vested in trustees and debtors-in possession is permissive rather than mandatory . . . [T]he creditor may move to . . . gain court permission to institute the action itself.").

WHEREAS, the Debtor has determined, in the exercise of its business judgment, that it is in the best interests of the estate and its creditors to grant the Committee standing to prosecute and, if appropriate, resolve the Committee Claims;

STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Debtor, on the one hand, and the Committee, on the other hand, as follows:

1. The Debtor consents to the Committee having standing and authority to

10414274.1

investigate, initiate, prosecute and, if appropriate and necessary, settle or otherwise resolve the Committee Claims as well as disallow creditor claims as necessary on behalf of the Debtor's estate.

2. The Debtor shall cooperate with the Committee in connection with the investigation, prosecution and, if necessary, settlement or resolution of the Committee Claims and provide access to relevant documents, data, records and other information reasonably necessary to such investigation, prosecution and/or resolution.

3. The Committee's authority agreed to herein to settle or resolve any Committee Claims is subject to the approval of the Bankruptcy Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

4. The Parties agree that all rights and powers of the Debtor in connection with the Committee Claims, without limitation, shall be vested in the Committee.

5. Nothing herein shall impair or otherwise limit the rights, claims, or defenses of the Debtor, the Committee or any other party with respect to any matter not expressly addressed herein.

6. The Committee reserves the right to seek Court approval on the expansion and/or clarification of its scope and power as to both claims and Parties

7. This Stipulation is subject to approval by the Bankruptcy Court and, absent such approval shall be void and have no force or effect.

Dated: November 25, 2024                    GOLDEN GOODRICH LLP

                  By: /s/Jeffrey I. Golden
                     Jeffrey I. Golden
                     Attorneys for Official Committee of
                     Unsecured Creditors

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

10414274.1

Dated: November 25, 2024    RAINES FELDMAN LITTRELL LLP

By: _____
Kyra E. Andrassy
Attorneys for Reliant Life Shares, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):    **STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 25, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **November 25, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 25, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 25, 2024 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

0.0

**Electronic Mail Notice List**

Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
Russell Clementson    russell.clementson@usdoj.gov
Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
Michael Goch    gochmichael@aol.com
Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Bernard M Hansen    bernardmhansen@sbcglobal.net
John Owen Murrin    jmurrin@murrinlawfirm.com
Steven M Olson    smo@smolsonlaw.com, jacob.faircloth@smolsonlaw.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
Christopher Stevens    cms@cmoorestevens.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com