**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Christopher A. Minier, State Bar No. 190705
cminier@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    (714) 966-1000
Facsimile    (714) 966-1002

Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo, State Bar No. 181564
hrafatjoo@raineslaw.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@raineslaw.com
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA  90067
Phone: (310) 440-4100
Facsimile: (310) 499-4877

Counsel for Reliant Life Shares, LLC,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**RELIANT LIFE SHARES, LLC**<br><br>　　　　　　Debtor. | CHAPTER 11<br><br>Case No. 1:24-bk-11695-MB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR ORDER APPROVING STIPULATION GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR**<br><br>Hearing:<br>Date:    January 7, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 303<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, CA 91367 |

MOTION

10437796.1

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT ON JANUARY 7, 2025**, **at 1:30 p.m.,** or as soon thereafter as this matter may be heard in Courtroom 303 of the Honorable Martin R. Barash, located at 21041 Burbank Boulevard, Suite 342, Woodland Hills, California, 91367, the Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "Committee") together with Reliant Life Shares, LLC, the above-captioned debtor and debtor-in-possession in the above-entitled bankruptcy case (the "Debtor") will, and hereby does, move this Court for the entry of an order approving the Stipulation (the "Stipulation") granting the Committee standing to pursue avoidance actions and other causes of actions belonging to the Debtor and granting related relief (the "Motion"). A copy of the Stipulation is attached hereto as Exhibit "1" [Docket No. 75].

**IF YOU DO NOT OPPOSE THIS MOTION,** you need take no further action.

**IF YOU WISH TO OPPOSE THIS MOTION,** pursuant to Local Bankruptcy Rule 9013-1(f), your opposition must be in writing and must be filed with the Bankruptcy Court Clerk (with a duplicate copy) at the United States Courthouse, located at 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA, 91367, and must be served upon the Debtor's general insolvency counsel and counsel to the Committee at the addresses on the caption of this Motion, and upon the Office of the United States Trustee, located at 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, not less than fourteen (14) days prior to the scheduled hearing on the Motion. Local Bankruptcy Rule 9013-1(f) further provides that any opposition is to consist of "a complete written statement of all reasons in opposition thereto or in support, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities." Local Bankruptcy Rule 9013-1(h) provides that the failure to timely file and serve a response may be deemed by the Court to be consent to the granting of the Motion. **SEE LOCAL BANKRUPTCY RULE 9013-1.**

10437796.1

**PLEASE TAKE FURTHER NOTICE** that parties may appear at the hearing either in-person (in Courtroom 303) or by ZoomGov video or ZoomGov audio. ZoomGov connection information for each hearing is provided on Judge Barash's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=MB.

Dated: December 17, 2024           GOLDEN GOODRICH LLP

                                   By: /s/ Jeffrey I. Golden
                                       JEFFREY I. GOLDEN
                                       CHRISTOPHER A. MINIER
                                       Counsel to The Official Committee
                                       of Unsecured Creditors of Reliant Life
                                       Shares, LLC

Dated: December ___, 2024          RAINES FELDMAN LITTRELL LLP

                                   By: [signature]
                                       HAMID R. RAFATJOO
                                       KYRA E. ANDRASSY
                                       Counsel for Reliant Life Shares, LLC,
                                       Debtor and Debtor-in-Possession

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Committee has identified certain claims and/or causes of action, which include claims arising under Chapter 5 of the Bankruptcy Code, including actions to avoid and recover transfers and conveyances under sections 547, 548, 549 and 550 of the Bankruptcy Code and equitable subordination claims against current and former insiders, including Daniel Cooper.  In addition, there may be other grounds for the Committee to commence avoidance and/or recovery actions which will be revealed by the subsequent investigation by the Committee.

This Motion is made pursuant to Ninth Circuit precedent that has consistently affirmed that the Committee has authority to pursue claims on behalf of the estate— whether by stipulation or motion by the committee. *See In re Parmetex, Inc.*, 199 F.3d 1029 (9th Cir. 1999) (holding that trustee could stipulate to committee's authority to pursue claims on behalf of the estate); *see also In re Curry and Sorensen*, 57 B.R. 824, 828 (B.A.P. 9th Cir. 1986) ("[t]he exclusive power to commence avoidance actions vested in trustees and debtors-in possession is permissive rather than mandatory . . . [T]he creditor may move to . . . gain court permission to institute the action itself.").

The Debtor has determined in the exercise of its business judgment that it is in the best interests of the estate and its creditors to grant the Committee standing to prosecute and, if appropriate, commence and resolve any and all avoidance and recovery claims which the estate may hold without prejudice to the Debtor's rights to also bring such actions on behalf of the estate.

As a result, the Debtor and the Committee entered into the Stipulation, conditioned upon Court approval, to vest the Committee with standing to investigate, prosecute and, if appropriate, commence and settle (subject to court approval) any and all avoidance actions and other claims which the Debtor's bankruptcy estate may hold, as described more fully in the Stipulation, a copy of which is attached hereto as Exhibit "1," on behalf of

4

MOTION

the Debtor's estate.  The Committee may provide a draft of one of the complaints which would be filed prior to the scheduled hearing as an example.

Respectfully submitted by:

Dated:  December 17, 2024         GOLDEN GOODRICH LLP

By: /s/ Jeffrey I. Golden
_____
JEFFREY I. GOLDEN
CHRISTOPHER A. MINIER
Counsel to The Official Committee
of Unsecured Creditors of Reliant Life
Shares, LLC

Dated:  December ___, 2024        RAINES FELDMAN LITTRELL LLP

By: _____
HAMID R. RAFATJOO
KYRA E. ANDRASSY
Counsel for Reliant Life Shares, LLC,
Debtor and Debtor-in-Possession

10437796.1

# **DECLARATION OF JEFFREY I. GOLDEN**

I, Jeffrey I. Golden, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Golden Goodrich LLP, counsel of record for the Official Committee of Unsecured Creditors ("Committee") in this action. I know each of the following facts of my own personal knowledge or upon information and belief.

2. The Committee has identified certain claims and/or causes of action, which include claims arising under Chapter 5 of the Bankruptcy Code, including actions to avoid and recover transfers and conveyances under sections 547, 548, 549 and 550 of the Bankruptcy Code and equitable subordination claims. In addition, there may be other grounds for the Committee to commence avoidance and/or recovery actions which will be revealed by the subsequent investigation by the Committee.

3. The Debtor has determined in the exercise of its business judgment that it is in the best interests of the estate and its creditors to grant the Committee standing to prosecute and, if appropriate, commence and resolve (subject to court approval) any and all avoidance and recovery claims which the estate may hold.

4. The Debtor and the Committee entered into the Stipulation, conditioned upon Court approval, to vest the Committee with standing to investigate, prosecute and, if appropriate, commence and settle any and all avoidance actions and other claims which the Debtor's bankruptcy estate may hold, as described more fully in the Stipulation, a copy of which is attached hereto as Exhibit "1," on behalf of the Debtor's estate.

10437796.1

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 17th day of December, 2024, at Los Angeles, California.

/s/ Jeffrey I. Golden
_____
Jeffrey I. Golden

7                                                                       MOTION

10437796.1

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Proposed Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC<br><br>    Debtor. | Chapter 11<br><br>Case No. 1:24:bk:11695-MB<br><br>**STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR**<br><br>[No Hearing Required] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

This Stipulation for Order Granting Committee Standing to Pursue Avoidance Actions and Other Causes of Action Belonging to Debtor (the "Stipulation") is entered into by and between Reliant Life Shares, LLC (the "Debtor"), on the one hand, and The Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "Committee") (and together with the Debtor, the "Parties"), on the other hand.

RECITALS

WHEREAS, on October 7, 2024, Debtor filed a voluntary petition under chapter 11

STIPULATION

10414274.1

EXHIBIT 1  PAGE  8

of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California;

WHEREAS, on November 6, 2024, the United States Trustee appointed the Committee pursuant to the authority granted under section 1102 of the Bankruptcy Code;

WHEREAS, claims for relief and/or causes of action, including those under Sections 510, 547, 548, 549, 550 and 551 of the Bankruptcy Code, may exist against former principals and insiders of the Debtor, including without limitation Sean Michaels, Joel Kleinfeld, Scott Grady, SLG Trust, Daniel Cooper, and Richard Cooper as trustee of the 2010 Irrevocable Trust of BBC ("Insiders") (together, the "Committee Claims");

WHEREAS, the Committee has requested standing to investigate, prosecute and, if appropriate and necessary, settle the Committee Claims on behalf of the Debtor's estate;

WHEREAS, the Ninth Circuit has consistently affirmed committee authority to pursue claims on behalf of the estate—whether by stipulation or motion by the committee. *See In re Parmetex, Inc.,* 199 F.3d 1029 (9th Cir. 1999) (holding that trustee could stipulate to committee's authority to pursue claims on behalf of the estate); *see also In re Curry and Sorensen*, 57 B.R. 824, 828 (B.A.P. 9th Cir. 1986) ("[t]he exclusive power to commence avoidance actions vested in trustees and debtors-in possession is permissive rather than mandatory . . . [T]he creditor may move to . . . gain court permission to institute the action itself.").

WHEREAS, the Debtor has determined, in the exercise of its business judgment, that it is in the best interests of the estate and its creditors to grant the Committee standing to prosecute and, if appropriate, resolve the Committee Claims;

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Debtor, on the one hand, and the Committee, on the other hand, as follows:

1. The Debtor consents to the Committee having standing and authority to

investigate, initiate, prosecute and, if appropriate and necessary, settle or otherwise resolve the Committee Claims as well as disallow creditor claims as necessary on behalf of the Debtor's estate.

2. The Debtor shall cooperate with the Committee in connection with the investigation, prosecution and, if necessary, settlement or resolution of the Committee Claims and provide access to relevant documents, data, records and other information reasonably necessary to such investigation, prosecution and/or resolution.

3. The Committee's authority agreed to herein to settle or resolve any Committee Claims is subject to the approval of the Bankruptcy Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

4. The Parties agree that all rights and powers of the Debtor in connection with the Committee Claims, without limitation, shall be vested in the Committee.

5. Nothing herein shall impair or otherwise limit the rights, claims, or defenses of the Debtor, the Committee or any other party with respect to any matter not expressly addressed herein.

6. The Committee reserves the right to seek Court approval on the expansion and/or clarification of its scope and power as to both claims and Parties

7. This Stipulation is subject to approval by the Bankruptcy Court and, absent such approval shall be void and have no force or effect.

Dated: November 25, 2024    GOLDEN GOODRICH LLP

By: /s/Jeffrey I. Golden
Jeffrey I. Golden
Attorneys for Official Committee of
Unsecured Creditors

10414274.1

3    STIPULATION

EXHIBIT 1  PAGE  10

| | | |
|---|---|---|
| Dated: November 25, 2024 | | RAINES FELDMAN LITTRELL LLP |
| | By: | */s/ Kyra E. Andrassy* |
| | | Kyra E. Andrassy |
| | | Attorneys for Reliant Life Shares, LLC |

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4                                                    STIPULATION

10414274.1

EXHIBIT 1  PAGE  11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION FOR ORDER GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 25, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **November 25, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 25, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 25, 2024 | Kelly Adele | */s/ Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
0.0

EXHIBIT 1  PAGE  12

**Electronic Mail Notice List**

Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
Russell Clementson    russell.clementson@usdoj.gov
Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
Michael Goch    gochmichael@aol.com
Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Bernard M Hansen    bernardmhansen@sbcglobal.net
John Owen Murrin    jmurrin@murrinlawfirm.com
Steven M Olson    smo@smolsonlaw.com, jacob.faircloth@smolsonlaw.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
Christopher Stevens    cms@cmoorestevens.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

EXHIBIT 1  PAGE  13