**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel to Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC



FILED & ENTERED

JAN 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| **In re** | **CHAPTER 11** |
| **RELIANT LIFE SHARES, LLC** | **Case No. 1:24:bk:11695-MB** |
| **Debtor**. | **ORDER APPROVING STIPULATION GRANTING COMMITTEE STANDING TO PURSUE AVOIDANCE ACTIONS AND OTHER CAUSES OF ACTION BELONGING TO DEBTOR** |
| | **The Honorable Martin R. Barash** |

*The Joint Motion for Order Approving Stipulation Granting Committee Standing to Pursue Avoidance Actions and Other Causes of Action Belonging to Debtor* (the "**Motion**") filed by the Official Committee of Unsecured Creditors of Reliant Life Shares, LLC (the "**Committee**") jointly with Reliant Life Shares, LLC (the "**Debtor**") was filed on December 17, 2024, and was properly noticed for a hearing scheduled for January 7, 2025.  No objections to the Motion were filed.

Having reviewed the Motion, the record in the above captioned case and finding good cause appearing therefor, and for the reasons set forth in the Motion,

IT IS ORDERED:

*Golden Goodrich LLP*
*3070 Bristol Street, Suite 640*
*Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

1. The Stipulation is approved.

2. The Committee has standing to investigate, prosecute and if appropriate and necessary, settle Avoidance and Insider Claims, as those terms are defined in the Stipulation, as well as disallow claims as necessary on behalf of the Debtor's estate.

3. The Debtor shall cooperate with the Committee in connection with the investigation, prosecution and, if necessary settlement or resolution of the Avoidance and Insider Claims and provide access to relevant documents, data, records and other information reasonably necessary to such investigation, prosecution and/or resolution.

4. The Committee's authority to settle or resolve any Avoidance and Insider Claim is subject to the approval of this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5. All rights and powers of the Debtor in connection with the Avoidance and Insider Claims, without limitation, shall be vested in the Committee.

6. Nothing herein shall impair or otherwise limit the rights, claims, or defenses of the Debtor, the Committee or any other party with respect to any matter not expressly addressed herein.

Date: January 15, 2025

Martin R Barash
United States Bankruptcy Judge

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2